IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| TASHAUN SUTTON, | |
|---|---|
| *Petitioner,* | CIVIL ACTION |
| v. | NO. 18-03352 |
| WARDEN, FDC PHILADELPHIA, *et al.*, | |
| *Respondents.* | |

## ORDER

**AND NOW**, this 10th day of May, 2019, upon consideration of the Report and Recommendation filed by United States Magistrate Judge Timothy Rice, (ECF No. 13), and Tashaun Sutton's objections thereto, (ECF No. 14), it is hereby **ORDERED** that:

1. Sutton's objections are **OVERRULED** and Magistrate Judge Rice's Report and Recommendation is **APPROVED** and **ADOPTED**;

2. Sutton's Petition for a Writ of *Habeas Corpus* is **DENIED** and **DISMISSED**;

3. This case shall be **CLOSED** for statistical purposes.

BY THE COURT:

***/s/ Gerald J. Pappert***
GERALD J. PAPPERT, J.